# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Brian Morris,<br><br>                    Plaintiff,<br>v.<br><br>Power Home Technologies, LLC; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  1:13-cv-01947-WBH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 23, 2014

            Respectfully submitted,

            By: /s/ Sergei Lemberg, Esq.
            Attorney Bar No.: 598666
            Attorney for Plaintiff
            LEMBERG LAW L.L.C.

2

        1100 Summer Street, Third Floor
Stamford, CT 06905
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) which sent notice of such filing to the following:

John Kennedy, Esq.
JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive
Macon, GA 31201

Robert B. Newkirk, Esq.
Newkirk Law Office, P.A.
19810 W. Catawba Avenue
Cornelius, NC 28031
*Attorneys for Defendant Power Home Technologies, LLC*

                                                     By /s/ Sergei Lemberg
                                                        Sergei Lemberg